UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

FERONIA WATER, LLC

                      Plaintiff,

    -against-

PURELY MAPLE, LLC and ABC
CORPORATIONS 1-10     Defendant.

--------------------------------------------------------

Case No. 14-cv-863 (JGK)

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Donald P. Jacobs**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DJ2827      My State Bar Number is 2222651

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:      FIRM NAME: Budd, Larner, Gross, Rosenbaum, Greenberg & Sade, PC
                       FIRM ADDRESS: 3 New York Plaza, New York, NY 10004
                       FIRM TELEPHONE NUMBER: (212) 785-7200
                       FIRM FAX NUMBER:

NEW FIRM:      FIRM NAME: Budd Larner, P.C.
                       FIRM ADDRESS: 150 John F. Kennedy Parkway, Short Hills, NJ 07078
                       FIRM TELEPHONE NUMBER: (973) 379-4800
                       FIRM FAX NUMBER: (973) 379-7734

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: April 23, 2014

                                                             _/s/ Donald P. Jacobs_
                                                             ATTORNEY'S SIGNATURE