Koeltl, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FERONIA WATER, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PURELY MAPLE, LLC and ABC )<br>CORPORATIONS 1-10 )<br>)<br>)<br>Defendants. ) | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED. 4/24/14<br><br>CIVIL ACTION NO. 14-CV-863 (JGK)<br><br><br><br><br><br><br>**STIPULATION REGARDING DUE DATE FOR FILING OF ANSWER OR OTHER RESPONSIVE PLEADING** |

Plaintiff Feronia Water, LLC, and defendant Purely Maple, LLC, have stipulated that Defendants shall have up to and including May 15, 2014, to file an answer or other responsive pleading, pursuant to Federal Rule of Civil Procedure 12. Counsel for Plaintiff has authorized counsel for Defendant Purely Maple to file this stipulation.

Respectfully submitted,

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
4/23/14

David B. Bassett
Donald R. Steinberg
Mark G. Matuschack

WILMER, CUTLER, PICKERING
   HALE AND DORR
7 World Trade Center
250 Greenwich Street
New York, New York 10007

*Counsel for Defendant Purely Maple, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

FERONIA WATER, LLC,

        Plaintiff,

    v.                                    Civ. Action No. 14-CV-863 (JGK)

PURELY MAPLE, LLC AND ABC
CORPORATIONS 1-10,                **CERTIFICATE OF SERVICE**

        Defendant.

------------------------------------ x

I hereby certify that on the 21st day of April, 2014, a copy of the attached *Stipulation Regarding Due Date For Filing Of Answer Or Other Responsive Pleading* was emailed to the Orders and Judgment Clerk at the United States District Court for the Southern District of New York. The following attorneys were served by overnight mail.

Donald P. Jacobs
Budd, Larner, Gross, Rosenbaum
Greenberg & Sade, P.C.
3 New York Plaza
New York, NY 10004
(212) 785-7200

Dated: April 21, 2014

                                                            Charles J. Gazzola, Sr.