IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERONIA WATER, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> PURELY MAPLE, LLC and ABC CORPORATIONS 1-10, <br><br> *Defendants*. | C.A. No.: 14-cv-00863 (JGK) <br><br> ECF Case |

## NOTICE OF APPEARANCE OF CAMERON S. REUBER

To the Clerk of this Court:

    Kindly enter my appearance as counsel for Defendant Purely Maple, LLC, in the above-captioned civil action.

Dated: May 15, 2014
       White Plains, New York

Respectfully submitted,

*/s/ Cameron S. Reuber*

Cameron S. Reuber
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 288-0022
Fax:  (914) 288-0023
Email: reuber@leasonellis.com

*Attorney for Defendant*

{05106/609036-000/01163384.1}