USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/19/14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

FERONIA WATER, LLC,

    *Plaintiff*,

v.

PURELY MAPLE, LLC and ABC CORPORATIONS 1-10,

    *Defendants*.

C.A. No.: 14-cv-00863 (JGK)

ECF Case

---

### JOINT STIPULATION FOR EXTENTION OF TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREEED, by and between Plaintiff Feronia Water, LLC, and Defendant Purely Maple, LLC, through their undersigned counsel, that the deadline for Defendant to answer, move or otherwise plead to the complaint in the above-captioned civil action be extended until May 30, 2014. This is the second such extension in this case.

Dated: May 15, 2014

| | |
|---|---|
| Donald P. Jacobs | Yuval Marcus |
| BUDD LARNER, P.C. | LEASON ELLIS LLP |
| 150 John F. Kennedy Parkway | One Barker Avenue, Fifth Floor |
| Short Hills, NJ 07078 | White Plains, NY 10601 |
| *Counsel for Plaintiff Feronia Water, LLC* | *Counsel for Defendant Purely Maple, LLC* |

**SO ORDERED:**

{05106/609036-000/01163470 1}

_____
U.S.D.J.

5/19/14