UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FERONIA WATER, LLC.,

                Plaintiff(s),

    -against-

PURELY MAPLE, LLC.,

                Defendant(s).
-----------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

14 civ 863 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Thursday, June 5, 2014,** in Courtroom 12B, at 10:30am in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

Don Fletcher
Courtroom Case Manager

Dated: New York, New York
May 27, 2014

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2014
```